# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO.: 1:23-MC-37 |
| ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| EATON CORPORATION, ) | JUDGMENT |
| ) | |
| DEFENDANT. ) | |

The Court having entered an Opinion and Order on May 16, 2024. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: May 16, 2024  			*s/    James S. Gwin*
						JAMES S. GWIN
						UNITED STATES DISTRICT JUDGE