UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-mc-00037 |
| | : | |
| Petitioner, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| EATON CORPORATION, | : | |
| | : | |
| Respondent. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On May 16, 2024, the Court granted the government's motion to enforce an IRS subpoena against Respondent Eaton Corporation and entered judgment.[1] The Court ordered Eaton to produce certain foreign employee evaluations. And the Court ordered the parties to file a proposed protective order describing how those evaluations could be redacted.

On May 30, 2024, the parties filed a joint status report.[2] In the status report, the parties said that they could not agree on redaction scope. The government filed a proposed protective order,[3] but Eaton did not.

In the joint status report, Respondent Eaton also said that it planned to file a post-judgment motion and, depending on the post-judgment motion's outcome, an appeal.[4] Notwithstanding Eaton's plan to file a post-judgment motion and appeal, Eaton agreed to produce evaluations for its India-based employees. But Eaton asked the Court not to enforce

---

[1] Docs. 22, 23.
[2] Doc. 24.
[3] Doc. 25
[4] Doc. 24.

Case No. 1:23-mc-00037
GWIN, J.

the Court's judgment as to Eaton's European employee evaluations pending Eaton's anticipated post-judgment motion and potential appeal.

The parties shall proceed as follows:

- Eaton shall file its own proposed protective order by **June 7, 2024**. The Court will resolve the parties' disagreements over redaction scope by reviewing the parties' competing protective orders.

- The government shall file a response to Eaton's request to stay execution of judgment as to the European employee evaluations by **June 7, 2024**.

- Eaton shall file any post-judgment motion by **June 17, 2024.** Any opposition will be due by **July 1, 2024**. Any reply will be due by **July 8, 2024**.

IT IS SO ORDERED.

Dated: June 4, 2024  *s/  James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE