UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-mc-00037 |
| Petitioner, | : | PROTECTIVE ORDER |
| v. | : | |
| EATON CORPORATION, | : | |
| Respondent. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On May 16, 2024, the Court granted the government's petition to enforce an IRS summons against Respondent Eaton Corporation, subject to a protective order on redaction negotiated between the two parties.[1]

The parties could not agree on a protective order. On May 30, 2024, the government filed a proposed protective order.[2] The Court ordered Eaton to file its own proposed protective order.[3] On June 7, 2024, Eaton did so.[4]

Having considered the parties' competing proposed protective orders, the Court hereby orders as follows:

1. Respondent Eaton shall produce to counsel for the government the non-U.S. employee evaluations requested by the IRS summons at issue in this matter. In producing those evaluations, Eaton may redact home addresses (except that city and country shall remain visible to the extent they appear), family information (including marital status),

---

[1] Doc. 22.
[2] Doc. 25-1.
[3] Doc. 26.
[4] Doc. 27-1.

Case No. 1:23-mc-00037
GWIN, J.

medical history, employee telephone numbers, credit history, and non-performance-related complaints raised against the employees.

2. Upon receipt of the evaluations, the government shall file a notice confirming that Eaton has produced the evaluations.

3. The Court retains jurisdiction to resolve any disputes regarding the implementation of this Protective Order.

IT IS SO ORDERED.

Dated: June 11, 2024                                   *s/    James S. Gwin*
                                                                        JAMES S. GWIN
                                                                        UNITED STATES DISTRICT JUDGE