UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-mc-00037 |
| | : | |
| Petitioner, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| EATON CORPORATION, | : | |
| | : | |
| Respondent. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On May 16, 2024, the Court granted the government's petition to enforce an IRS summons against Respondent Eaton Corporation.[1]

On May 30, 2024, the parties submitted a joint status report.[2] In the status report, Eaton requested that the Court stay execution of judgment pending an anticipated post-judgment motion and potential appeal. Eaton only requested a stay as to the Europe-based employee evaluations at issue. Eaton agreed to produce the India-based employee evaluations.

The Court ordered the government to respond.[3] On June 10, 2024, the government filed its response opposing a stay.[4]

After considering Eaton's request and the government's response, the Court **STAYS** execution of judgment as to the Europe-based employee evaluations pending resolution of

---

[1] Doc. 22.
[2] Doc. 24.
[3] Doc. 26.
[4] Doc. 29. The government originally filed its response on June 7, 2024. Doc. 28. But the government filed an amended response two days later, removing two sentences.

Case No. 1:23-mc-00037
GWIN, J.

Eaton's anticipated post-judgment motion.  Eaton may move for a further stay pending potential appeal after the Court rules on Eaton's anticipated motion.

Eaton shall produce the India-based employee evaluations at issue within **fourteen (14) days** of this Order.  Eaton shall produce those India-based evaluations in accordance with the Protective Order at Document 30.

IT IS SO ORDERED.

Dated: June 11, 2024                     *s/     James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE