IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>EATON CORPORATION,<br><br>    Respondent. | Case No. 1:23-mc-00037-JG<br><br>Hon. James S. Gwin, U.S.D.J.<br><br>Hon. Jonathan D. Greenberg, U.S.M.J. |

**[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION FOR ADMINISTRATIVE STAY PENDING THE SIXTH CIRCUIT'S RESOLUTION OF A MOTION FOR STAY PENDING APPEAL**

Upon consideration of Respondent Eaton Corporation's ("Eaton") Motion for Administrative Stay Pending Appeal, the Court hereby administratively stays its May 16, 2024, Opinion and Order [ECF No. 22] and Judgment [ECF No. 23] and August 19, 2024, Opinion and Order [ECF No. 39], until the Sixth Circuit resolves Eaton's forthcoming motion for a stay pending appeal, provided Eaton files its stay motion by August 30, 2024.

IT IS SO ORDERED.


Dated: _____

                                                                                  JAMES S. GWIN
                                                                                 UNITED STATES DISTRICT JUDGE