UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

_____

|                                   |   |                        |
|---|---|---|
| UNITED STATES OF AMERICA,         | : | CASE NO. 1:23-mc-00037 |
| Petitioner,                       | : |                        |
| v.                                | : | ORDER                  |
| EATON CORPORATION,                | : |                        |
| Respondent.                       | : |                        |

_____

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 1, 2025, the Sixth Circuit remanded this case for the limited purpose of having the Court conduct an in-camera review of the summonsed performance reviews at issue.[1] With its remand order, the Circuit denied Respondent Eaton Corporation's request to redact categories of information covered by GDPR Art. 9(1) prior to submission for in-camera review.[2] The Circuit explained that the Court's standing protective order[3] "sufficiently addresses Eaton's desire for pre-review redactions."[4] The Circuit also left any potential supplemental briefing to this Court's discretion.[5]

The Court sets the following schedule and procedure for this limited remand:

- By **April 8, 2025**, Respondent Eaton shall identify if there are any categories of information not covered by the Court's standing protective order that it would like to redact prior to submission for in-camera review.

---

[1] Doc. 47.
[2] *Id.*
[3] Doc. 30.
[4] Doc. 47.
[5] *Id.*

Case No. 1:23-mc-00037
Gwin, J.

- By **April 14, 2025**, the government shall indicate whether it objects to those additional redactions and, if so, why it objects.

- Respondent Eaton shall submit the summonsed performance reviews under seal within **ten (10) days** of the Court resolving any redaction objection.

- After receiving the summonsed reviews, the Court will order supplemental briefing if necessary.  Absent the Court's order, the parties shall not submit additional briefing.

IT IS SO ORDERED.


Dated:  April 3, 2025                                  *s/      James S. Gwin*
                                                                  JAMES S. GWIN
                                                                  UNITED STATES DISTRICT JUDGE