Case No. 1:23-mc-00037
Gwin, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-mc-00037 |
|  | : |  |
| Petitioner, | : | AMENDED PROTECTIVE ORDER |
| v. | : |  |
|  | : |  |
| EATON CORPORATION, | : |  |
|  | : |  |
| Respondent. | : |  |

_____

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 11, 2024, the Court entered a protective order governing redactions that Respondent Eaton Corporation could make prior to disclosing any non-U.S. employee evaluations to the IRS.[1] The protective order identified several information categories for redaction, but it did not specifically permit Eaton to redact religious belief information or sexual orientation information.

On remand, Eaton asked the Court for permission to redact religious belief and sexual orientation information prior to in-camera review.[2] The government objects to pre-review redactions, but it does not object to adding those two information categories to the protective order.[3]

The Court therefore amends the protective order. The following supersedes this case's original protective order:

---

[1] Doc. 30.
[2] Doc. 51.
[3] Doc. 52.

-1-

Case No. 1:23-mc-00037
Gwin, J.

    1.    When Respondent Eaton produces the summonsed performance evaluations to the government, Eaton may redact home addresses (except that city and country shall remain visible to the extent they appear), family information (including marital status), medical history, employee telephone numbers, credit history, non-performance-related complaints raised against the employees, religious belief information, and sexual orientation information.

    2.    Upon receipt of the evaluations, the government shall file a notice confirming that Eaton has produced the evaluations.

    3.    The Court retains jurisdiction to resolve any disputes regarding the implementation of this Amended Protective Order.

    IT IS SO ORDERED.


Dated: April 22, 2025                                    *s/    James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE